## HARRIS *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 104, September Term, 1965.]

*Decided April 29, 1966.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

On the findings of fact and for the reasons assigned by Judge Foster below, the application for leave to appeal under the Post Conviction Procedure Act is denied.

*Application denied.*